**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TEDDY MACK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVIS VISION, INC. and HVHC, INC.** | : | **NO. 18-336** |

## ORDER

**NOW**, this 21st day of May, 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE